BISCOE ET AL. VS. MADDEN AS AD.

SAME VS. SAME.

*Writs of Error to Pope Circuit Court.*

In these cases the same points were involved, that are decided in the preceding opinion between the same parties.